```
 1 │ LATHAM & WATKINS LLP
   │ Elizabeth L. Deeley (CA Bar No. 230798)
 2 │   elizabeth.deeley@lw.com
   │ 505 Montgomery Street, Suite 2000
 3 │ San Francisco, California  94111-6538
   │ Telephone: +1.415.391.0600
 4 │ Facsimile: +1.415.395.8095
   │
 5 │ Daniel R. Gherardi (CA Bar No. 317771)
   │   daniel.gherardi@lw.com
 6 │ 140 Scott Drive
   │ Menlo Park, CA  94025
 7 │ Telephone: +1.650.328.4600
   │ Facsimile: +1.650.463.2600
 8 │
 9 │ Attorneys for Nominal Defendant
   │ Facebook, Inc.
10 │
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE OCEGUEDA, derivatively on behalf of FACEBOOK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARK ZUCKERBERG, SHERYL SANDBERG, MARC ADREESSEN, ANDREW W. HOUSTON, ERSKINE B. BOWLES, JEFFREY D. ZIENTS, SUSAN DESMOND-HELLMANN, NANCY KILLEFER, TRACEY T. TRAVIS, ROBERT M. KIMMITT, REED HASTINGS, PETER A. THIEL, and DOES 1-30, <br><br> Defendants., <br><br>     -and- <br><br> FACEBOOK, INC., <br><br> Nominal Defendant. | CASE NO. 3:20-cv-04444-LB <br><br> **NOTICE OF APPEARANCE OF ELIZABETH L. DEELEY** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
ELLIZABETH DEELEY
CASE NO. 3:20-cv-04444-LB

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Nominal Defendant Facebook, Inc. and requests that all notices, orders, and/or other information in this case be served upon the individual identified below:

Elizabeth L. Deeley
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: elizabeth.deeley@lw.com

Dated:  August 19, 2020

Respectfully submitted,

LATHAM & WATKINS LLP

By */s/ Elizabeth L. Deeley*
Elizabeth L. Deeley

Attorneys for Nominal Defendant
*Facebook, Inc.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NOTICE OF APPEARANCE OF
ELLIZABETH DEELEY
CASE NO. 3:20-cv-04444-LB