LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
  *elizabeth.deeley@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Daniel R. Gherardi (CA Bar No. 317771)
  *daniel.gherardi@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Attorneys for Nominal Defendant
*Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE OCEGUEDA, derivatively on behalf of FACEBOOK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARK ZUCKERBERG, SHERYL SANDBERG, MARC ADREESSEN, ANDREW W. HOUSTON, ERSKINE B. BOWLES, JEFFREY D. ZIENTS, SUSAN DESMOND-HELLMANN, NANCY KILLEFER, TRACEY T. TRAVIS, ROBERT M. KIMMITT, REED HASTINGS, PETER A. THIEL, and DOES 1-30, <br><br> Defendants., <br><br> -and- <br><br> FACEBOOK, INC., <br><br> Nominal Defendant. | CASE NO. 3:20-cv-04444-LB <br><br> **NOTICE OF APPEARANCE OF DANIEL R. GHERARDI** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
DANIEL R. GHERARDI
CASE NO. 3:20-cv-04444-LB

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Nominal Defendant Facebook, Inc. and requests that all notices, orders, and/or other information in this case be served upon the individual identified below:

> Daniel R. Gherardi
> LATHAM & WATKINS LLP
> 140 Scott Drive
> Menlo Park, California  94025
> Telephone: (650) 328-4600
> Facsimile: (650) 463-2600
> Email: daniel.gherardi@lw.com

Dated:  August 19, 2020

Respectfully submitted,

LATHAM & WATKINS LLP

By */s/ Daniel R. Gherardi*
Daniel R. Gherardi

Attorneys for Nominal Defendant
*Facebook, Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NOTICE OF APPEARANCE OF
DANIEL R. GHERARDI
CASE NO. 3:20-cv-04444-LB