1   LATHAM & WATKINS LLP
    Elizabeth L. Deeley (CA Bar No. 230798)
2     *elizabeth.deeley@lw.com*
    505 Montgomery Street, Suite 2000
3   San Francisco, California  94111-6538
    Telephone: +1.415.391.0600
4   Facsimile: +1.415.395.8095

5   Daniel R. Gherardi (CA Bar No. 317771)
      *daniel.gherardi@lw.com*
6   140 Scott Drive
    Menlo Park, CA  94025
7   Telephone: +1.650.328.4600
    Facsimile: +1.650.463.2600

8

9   Attorneys for Nominal Defendant
    *Facebook, Inc.*

10

11

12                  UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA
13

                     SAN FRANCISCO DIVISION
14

15

16  | NATALIE OCEGUEDA, derivatively on | CASE NO. 3:20-cv-04444-LB |
    | behalf of FACEBOOK, INC., | |
17  | | |
    | Plaintiff, | **NOMINAL DEFENDANT FACEBOOK,** |
18  | | **INC.'S RULE 7.1 DISCLOSURE** |
    | vs. | **STATEMENT** |
19  | | |
    | MARK ZUCKERBERG, SHERYL | |
20  | SANDBERG, MARC ADREESSEN, | |
    | ANDREW W. HOUSTON, ERSKINE B. | |
21  | BOWLES, JEFFREY D. ZIENTS, SUSAN | |
    | DESMOND-HELLMANN, NANCY | |
22  | KILLEFER, TRACEY T. TRAVIS, | |
    | ROBERT M. KIMMITT, REED HASTINGS, | |
23  | PETER A. THIEL, and DOES 1-30, | |
    | | |
24  | Defendants., | |
    | | |
25  | -and- | |
    | | |
26  | FACEBOOK, INC., | |
    | | |
27  | Nominal Defendant. | |

28

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

FACEBOOK'S RULE 7.1 DISCLOSURE
STATEMENT
CASE NO. 3:20-cv-04444-LB

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Nominal Defendant Facebook, Inc.

("Facebook") states that it is publicly traded corporation, that is has no parent corporation, and

that no other corporation owns 10% or more of Facebook's stock.

Dated:  August 19, 2020

Respectfully submitted,

LATHAM & WATKINS LLP

By */s/ Elizabeth L. Deeley*
Elizabeth L. Deeley (CA Bar No. 230798)
  *elizabeth.deeley@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

 Daniel R. Gherardi (CA Bar No. 317771)
  *daniel.gherardi@lw.com*
140 Scott Drive
Menlo Park, CA  94025
Telephone:  +1.650.328.4600
Facsimile:  +1.650.463.2600

Attorneys for Nominal Defendant
*Facebook, Inc.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

FACEBOOK'S RULE 7.1 DISCLOSURE
STATEMENT
CASE NO. 3:20-cv-04444-LB