LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
  *elizabeth.deeley@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

 Daniel R. Gherardi (CA Bar No. 317771)
  *daniel.gherardi@lw.com*
140 Scott Drive
Menlo Park, CA  94025
Telephone:  +1.650.328.4600
Facsimile:  +1.650.463.2600

Attorneys for Nominal Defendant
*Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE OCEGUEDA, derivatively on behalf of FACEBOOK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARK ZUCKERBERG, SHERYL SANDBERG, MARC ADREESSEN, ANDREW W. HOUSTON, ERSKINE B. BOWLES, JEFFREY D. ZIENTS, SUSAN DESMOND-HELLMANN, NANCY KILLEFER, TRACEY T. TRAVIS, ROBERT M. KIMMITT, REED HASTINGS, PETER A. THIEL, and DOES 1-30, <br><br> Defendants., <br><br> -and- <br><br> FACEBOOK, INC., <br><br> Nominal Defendant. | CASE NO. 3:20-cv-04444-LB <br><br> **NOMINAL DEFENDANT FACEBOOK, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FACEBOOK'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
CASE NO. 3:20-cv-04444-LB

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil Local Rule 3-15, Nominal Defendant Facebook, Inc. ("Facebook") certifies that, other than the named parties in this action, it knows of no persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities that have either:  (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated:  August 19, 2020

Respectfully submitted,

LATHAM & WATKINS LLP


By */s/ Elizabeth L. Deeley*
Elizabeth L. Deeley (CA Bar No. 230798)
   *elizabeth.deeley@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

Daniel R. Gherardi (CA Bar No. 317771)
   *daniel.gherardi@lw.com*
140 Scott Drive
Menlo Park, CA  94025
Telephone:  +1.650.328.4600
Facsimile:  +1.650.463.2600


Attorneys for Nominal Defendant
*Facebook, Inc.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

FACEBOOK'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
CASE NO. 3:20-cv-04444-LB