LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
  *elizabeth.deeley@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Daniel R. Gherardi (CA Bar No. 317771)
  *daniel.gherardi@lw.com*
140 Scott Drive
Menlo Park, CA  94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

*Attorneys for Defendants Mark Zuckerberg, Sheryl Sandberg, Marc Andreessen, Andrew W. Houston, Erskine B. Bowles, Jeffrey D. Zients, Susan Desmond-Hellmann, Nancy Killefer, Tracey T. Travis, Robert M. Kimmitt, Reed Hastings and Peter A. Thiel, and Nominal Defendant Facebook, Inc.*

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE OCEGUEDA, derivatively on behalf of FACEBOOK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARK ZUCKERBERG, SHERYL SANDBERG, MARC ANDREESSEN, ANDREW W. HOUSTON, ERSKINE B. BOWLES, JEFFREY D. ZIENTS, SUSAN DESMOND-HELLMANN, NANCY KILLEFER, TRACEY T. TRAVIS, ROBERT M. KIMMITT, REED HASTINGS, PETER A. THIEL, and DOES 1-30, <br><br> Defendants., <br><br> -and- <br><br> FACEBOOK, INC., <br><br> Nominal Defendant. | CASE NO. 3:20-cv-04444-LB <br><br> **STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING BRIEFING SCHEDULE FOR RESPONSE TO PLAINTIFF'S COMPLAINT** <br><br> (Civil L.R. 6-1, 6-2, 7-12) <br><br> Hon. Laurel Beeler |

1  **WHEREAS**, on July 2, 2020, Plaintiff Natalie Ocegueda ("Plaintiff") commenced this shareholder derivative action on behalf of Nominal Defendant Facebook, Inc. ("Facebook") against Defendants Mark Zuckerberg, Sheryl Sandberg, Marc Andreessen, Andrew W. Houston, Erskine B. Bowles, Jeffrey D. Zients, Susan Desmond-Hellmann, Nancy Killefer, Tracey T. Travis, Robert M. Kimmitt, Reed Hastings, and Peter A. Thiel (collectively, the "Individual Defendants" and, together with Facebook, "Defendants" and, together with Plaintiff, the "Parties");

**WHEREAS**, Plaintiff's Verified Shareholder Derivative Complaint ("Complaint") asserts claims for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, abuse of control, and unjust enrichment (collectively, the "State-Law Claims") and pursuant to Section 14(a) of the Securities Exchange Act of 1934 (the "Federal Claim");

**WHEREAS**, absent an extension, Facebook would be due to answer, move, or otherwise respond to the Complaint on or before September 21, 2020 (*see* Dkt. No. 9);

**WHEREAS**, absent an extension, the Individual Defendants would be due to answer, move, or otherwise respond to the complaint on or before September 21, 2020 (*see* Dkt. Nos. 16 through 27);

**WHEREAS**, the Court has scheduled an Initial Case Management Conference for October 1, 2020 (*see* Dkt. No. 5);

**WHEREAS**, Defendants anticipate moving to dismiss the Federal and State Claims asserted against them on several bases, including for failure to make a pre-suit demand on Facebook's Board of Directors prior to commencing this action, and further moving to dismiss the Federal Claim for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6);

**WHEREAS**, in the interest of efficiency, the Parties have conferred and agreed that Defendants may reserve the right to move for dismissal of the State-Law Claims for failure to state a claim pursuant to Rule 12(b)(6), as appropriate, following resolution of Defendants' initial motion(s) to dismiss;

**WHEREAS**, the Parties believe a unified briefing schedule for both the Individual Defendants and Facebook that takes into account the difficulties presented by the global COVID-

19 pandemic and intervening holidays is in the best interest of the Court and Parties; and

**WHEREAS**, counsel for the Parties respectfully submit that good cause exists to coordinate responses to the Complaint;

**IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the Parties, that:

1. Facebook and the Individual Defendants shall move, answer, or otherwise respond to the Federal and State-Law Claims in the Complaint by no later than October 5, 2020, reserving their right to move for dismissal of the State-Law Claims for failure to state a claim pursuant to Rule 12(b)(6), as appropriate, following resolution of their initial motion(s) to dismiss;

2. Plaintiff shall respond to any motion(s) to dismiss by no later than November 20, 2020; and

3. Facebook and the Individual Defendants shall file any replies in support of their motion(s) to dismiss by no later than December 21, 2020.

DATED: September 11, 2020               LATHAM & WATKINS LLP

By */s/ Elizabeth L. Deeley*
Elizabeth L. Deeley (CA Bar No. 230798)
  elizabeth.deeley@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Daniel R. Gherardi (CA Bar No. 317771)
  daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Andrew B. Clubok (*pro hac vice*)
  andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
  susan.engel@lw.com
Stephen P. Barry (*pro hac vice*)
  stephen.barry@lw.com
555 Eleventh St., N.W.
Washington, DC 20004
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

|   |   |   |
|---|---|---|
| 1 |   | *Attorneys for Defendants Mark Zuckerberg, Sheryl Sandberg, Marc Andreessen, Andrew W. Houston, Erskine B. Bowles, Jeffrey D. Zients, Susan Desmond-Hellmann, Nancy Killefer, Tracey T. Travis, Robert M. Kimmitt, Reed Hastings and Peter A. Thiel, and Nominal Defendant Facebook, Inc* |

DATED: September 11, 2020     BOTTINI & BOTTINI, INC.

/s/ *Francis A. Bottini, Jr.*
Francis A. Bottini, Jr. (CA Bar No. 175783)
 fbottini@bottinilaw.com
Albert Y. Chang (CA Bar No. 296065)
 achang@bottinilaw.com
Yury A. Kolesnikov (CA Bar No. 271173)
 ykolesnikov@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

*Attorneys for Plaintiff*

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

DATED: September 14, 2020

_____
Hon. Laurel Beeler
United States Magistrate Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Regarding Briefing Schedule for All Defendants to Respond to Plaintiff's Complaint. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Elizabeth L. Deeley, attest that concurrence in the filing of this document has been obtained.

DATED:  September 11, 2020             */s/ Elizabeth L. Deeley*
                                                                 Elizabeth L. Deeley

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   | Elizabeth L. Deeley (CA Bar No. 230798) |
| 2 |   elizabeth.deeley@lw.com |
|   | 505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, California  94111-6538 |
|   | Telephone: +1.415.391.0600 |
| 4 | Facsimile: +1.415.395.8095 |
| 5 | Daniel R. Gherardi (CA Bar No. 317771) |
|   |   daniel.gherardi@lw.com |
| 6 | 140 Scott Drive |
|   | Menlo Park, CA  94025 |
| 7 | Telephone: +1.650.328.4600 |
|   | Facsimile: +1.650.463.2600 |

*Attorneys for Defendants Mark Zuckerberg, Sheryl Sandberg, Marc Andreessen, Andrew W. Houston, Erskine B. Bowles, Jeffrey D. Zients, Susan Desmond-Hellmann, Nancy Killefer, Tracey T. Travis, Robert M. Kimmitt, Reed Hastings, Peter A. Thiel, and Nominal Defendant Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE OCEGUEDA, derivatively on behalf of FACEBOOK, INC., | Case No.: 3:20-cv-04444-LB |
| Plaintiff, | **DECLARATION OF ELIZABETH L. DEELEY IN SUPPORT OF STIPULATION REGARDING BRIEFING SCHEDULE FOR RESPONSE TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| MARK ZUCKERBERG, SHERYL SANDBERG, MARC ANDREESSEN, ANDREW W. HOUSTON, ERSKINE B. BOWLES, JEFFREY D. ZIENTS, SUSAN DESMOND-HELLMANN, NANCY KILLEFER, TRACEY T. TRAVIS, ROBERT M. KIMMITT, REED HASTINGS, PETER A. THIEL, and DOES 1-30, | (Civil L.R. 6-1, 6-2, 7-12)<br><br>Hon. Laurel Beeler |
| Defendants., | |
| -and- | |
| FACEBOOK, INC., | |
| Nominal Defendant | |

I, Elizabeth L. Deeley, hereby declare as follows:

1. I am an attorney admitted to practice law in the state of California and a partner at Latham & Watkins LLP, counsel of record for Defendants Mark Zuckerberg, Sheryl Sandberg, Marc Andreessen, Andrew W. Houston, Erskine B. Bowles, Jeffrey D. Zients, Susan Desmond-Hellmann, Nancy Killefer, Tracey T. Travis, Robert M. Kimmitt, Reed Hastings and Peter A. Thiel (collectively, the "Individual Defendants"), all of whom are current or former directors and officers of Facebook, Inc., and Nominal Defendant Facebook, Inc. ("Facebook" and, together with the Individual Defendants, "Defendants") in the above-captioned action. I submit this declaration in support of the parties' Stipulation Regarding the Briefing Schedule for All Defendants to Respond to the Complaint. I make this declaration based on my personal knowledge.

2. On September 10 and 11, 2020, my colleague and co-counsel in this action, Andrew Clubok, communicated by electronic mail and telephone with Frank Bottini, counsel for Plaintiff Natalie Ocegueda, regarding the time for Defendants to respond to the Verified Shareholder Derivative Complaint (the "Complaint") (Dkt. No. 1) filed in this action and concerning impending case management deadlines.

3. All parties are in agreement that, due to the global COVID-19 pandemic and intervening holidays, the Individual Defendants' and Facebook's time to respond to the Complaint, including those deadlines set forth in the July 6, 2020 Initial Case Management Order (Dkt. No. 5) should be extended for the reasons set forth in the accompanying stipulation.

4. This is the first extension of time the parties are requesting.

5. No other deadlines in this action will be affected by this extension other than those specified in the accompanying stipulation.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th Day of September 2020, in San Francisco, California.

*/s/ Elizabeth L. Deeley*
Elizabeth L. Deeley