1   LATHAM & WATKINS LLP
    Elizabeth L. Deeley (Bar No. 230798)
2    *elizabeth.deeley@lw.com*
    505 Montgomery Street, Suite 2000
3   San Francisco, California 94111
    T: +1.415.391.0600 / F: +1.415.395.8095
4
    Andrew B. Clubok (*pro hac vice*)
5   Susan E. Engel (*pro hac vice*)
    Stephen P. Barry (*pro hac vice*)
6    *andrew.clubok@lw.com*
     *susan.engel@lw.com*
7    *stephen.barry@lw.com*
    555 Eleventh Street, Suite 1000
8   Washington, D.C. 20004
    T: +1.202.637.2200 / F: +1.202.637.2201
9
    William J. Trach (*pro hac vice*)
10   *william.trach@lw.com*
    200 Clarendon Street
11  Boston, MA 02116
    T: +1.617.948.6000 / F: +1.617.948.6001
12
    *Attorneys for Defendants Mark Zuckerberg, Sheryl*
13  *Sandberg, Marc Andreessen, Andrew W. Houston,*
    *Erskine B. Bowles, Jeffrey D. Zients, Susan Desmond-*
    *Hellmann, Nancy Killefer, Tracey T. Travis, Robert M.*
14  *Kimmitt, Reed Hastings, Peter A. Thiel, and Nominal*
    *Defendant Facebook, Inc.*
15
    *Additional Counsel Listed on Signature Page*
16
                UNITED STATES DISTRICT COURT
17
                NORTHERN DISTRICT OF CALIFORNIA
18
                    SAN FRANCISCO DIVISION
19
    NATALIE OCEGUEDA, derivatively on          CASE NO. 3:20-cv-04444-LB
    behalf of FACEBOOK, INC.,
20
                Plaintiff,
21                                              **STIPULATION AND [PROPOSED]**
         vs.                                    **ORDER ALLOWING EXCESS PAGES**
22                                              **FOR DEFENDANTS' OMNIBUS MOTION**
    MARK ZUCKERBERG, SHERYL                     **TO DISMISS PLAINTIFF'S COMPLAINT**
23  SANDBERG, MARC ANDREESSEN,
    ANDREW W. HOUSTON, ERSKINE B.
    BOWLES, JEFFREY D. ZIENTS, SUSAN
24  DESMOND-HELLMANN, NANCY
    KILLEFER, TRACEY T. TRAVIS, ROBERT          Hon. Laurel Beeler
    M. KIMMITT, REED HASTINGS, PETER A.
25  THIEL, and DOES 1-30,
26              Defendants.,
27       -and-
    FACEBOOK, INC.,
28
                Nominal Defendant.

1     **WHEREAS**, on July 2, 2020, Plaintiff Natalie Ocegueda ("Plaintiff") commenced this

2 shareholder derivative action on behalf of Nominal Defendant Facebook, Inc. ("Facebook")

3 against Defendants Mark Zuckerberg, Sheryl Sandberg, Marc Andreessen, Andrew W. Houston,

4 Erskine B. Bowles, Jeffrey D. Zients, Susan Desmond-Hellmann, Nancy Killefer, Tracey T.

5 Travis, Robert M. Kimmitt, Reed Hastings, and Peter A. Thiel (collectively, the "Individual

6 Defendants" and, together with Facebook, "Defendants" and, together with Plaintiff, the

7 "Parties");

8     **WHEREAS**, Plaintiff's Verified Shareholder Derivative Complaint ("Complaint") asserts

9 claims for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, abuse of control,

10 and unjust enrichment (collectively, the "State-Law Claims") and pursuant to Section 14(a) of the

11 Securities Exchange Act of 1934 (the "Federal Claim");

12     **WHEREAS**, Nominal Defendant Facebook and the Individual Defendants intend to file

13 an Omnibus Motion to Dismiss the Federal and State Claims asserted against them on several

14 bases, including for failure to make a pre-suit demand on Facebook's Board of Directors prior to

15 commencing this action, for failure to bring this action in the proper forum, and for failure to state

16 a claim for the Federal Claim pursuant to Federal Rule of Civil Procedure 12(b)(6);

17     **WHEREAS**, pursuant to Local Rule 7-2(b), Facebook and the Individual Defendants could

18 each file separate motions to dismiss each not exceeding 25 pages in length;

19     **WHEREAS**, in the interest of efficiency and due to the complexity and number of issues

20 presented in the Complaint, the Parties have conferred and agreed that Facebook and the Individual

21 Defendants may file one brief not to exceed 35 pages in length; Plaintiff's opposition to

22 Defendants' omnibus motion to dismiss shall not exceed 35 pages in length; and Defendants'

23 omnibus reply in support of their motion to dismiss shall not exceed 20 pages in length; and

24     **WHEREAS**, counsel for the Parties respectfully submit that good cause exists to

25 coordinate responses to the Complaint;

26 ///

27 ///

28 ///

STIP. AND [PROPOSED] ORDER
ALLOWING EXCESS PAGES
CASE NO. 3:20-cv-04444-LB

1    **IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the

2  Parties, that:

3    1.    Facebook and the Individual Defendants shall file one brief in support of their

4  motion to dismiss not to exceed 35 pages in length;

5    2.    Plaintiff's opposition to Defendants' omnibus motion to dismiss shall not exceed

6  35 pages in length; and

7    3.    Facebook and the Individual Defendants shall file one brief in reply in support of

8  their omnibus motion to dismiss not to exceed 20 pages in length.

9

10  DATED:  September 29, 2020                LATHAM & WATKINS LLP

11                                      By */s/ Elizabeth L. Deeley*

12                                      LATHAM & WATKINS LLP
13                                      Elizabeth L. Deeley (Bar No. 230798)
                                         *elizabeth.deeley@lw.com*
14                                      505 Montgomery Street, Suite 2000
                                         San Francisco, California 94111
15                                      T: +1.415.391.0600 / F: +1.415.395.8095

16                                      Andrew B. Clubok (*pro hac vice*)
                                         Susan E. Engel (*pro hac vice*)
17                                      Stephen P. Barry (*pro hac vice*)
                                         *andrew.clubok@lw.com*
18                                      *susan.engel@lw.com*
                                         *stephen.barry@lw.com*
19                                      555 Eleventh Street, Suite 1000
                                         Washington, D.C. 20004
20                                      T:  +1.202.637.2200 / F:  +1.202.637.2201

21                                      William J. Trach (*pro hac vice*)
                                         *william.trach@lw.com*
22                                      200 Clarendon Street
                                         Boston, MA 02116
23                                      T:  +1.617.948.6000 / F:  +1.617.948.6001

24                                      Daniel R. Gherardi (Bar No. 317771)
                                         *daniel.gherardi@lw.com*
25                                      140 Scott Drive
                                         Menlo Park, California 94025
26                                      T:  +1.650.328.4600 / F:  +1.650.463.2600

27

28

STIP. AND [PROPOSED] ORDER
ALLOWING EXCESS PAGES
CASE NO. 3:20-cv-04444-LB

*Attorneys for Defendants Mark Zuckerberg, Sheryl Sandberg, Marc Andreessen, Andrew W. Houston, Erskine B. Bowles, Jeffrey D. Zients, Susan Desmond-Hellmann, Nancy Killefer, Tracey T. Travis, Robert M. Kimmitt, Reed Hastings, Peter A. Thiel, and Nominal Defendant Facebook, Inc.*

DATED:  September 29, 2020

BOTTINI & BOTTINI, INC.

By  */s/ Frank A. Bottini*

Francis A. Bottini, Jr. (CA Bar No. 175783)
  *fbottini@bottinilaw.com*
Albert Y. Chang (CA Bar No.  296065)
  *achang@bottinilaw.com*
Yury A. Kolesnikov (CA Bar No. 271173)
  *ykolesnikov@bottinilaw.com*
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

*Attorneys for Plaintiff*

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

DATED:  September 30, 2020 _____

Hon. Laurel Beeler
United States Magistrate Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Allowing Excess Pages for Defendants' Omnibus Motion to Dismiss Plaintiff's Complaint. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Elizabeth L. Deeley, attest that concurrence in the filing of this document has been obtained.


DATED:  September 29, 2020                    */s/ Elizabeth L. Deeley*
                                             Elizabeth L. Deeley