| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Elizabeth L. Deeley (Bar No. 230798) |
|   |  elizabeth.deeley@lw.com |
| 3 | 505 Montgomery Street, Suite 2000 |
|   | San Francisco, California 94111 |
| 4 | T: +1.415.391.0600 / F: +1.415.395.8095 |
| 5 | Andrew B. Clubok (*pro hac vice*) |
|   | Susan E. Engel (*pro hac vice*) |
| 6 | Stephen P. Barry (*pro hac vice*) |
|   |  andrew.clubok@lw.com |
| 7 |  susan.engel@lw.com |
|   |  stephen.barry@lw.com |
| 8 | 555 Eleventh Street, Suite 1000 |
|   | Washington, D.C. 20004 |
| 9 | T: +1.202.637.2200 / F: +1.202.637.2201 |
| 10 | William J. Trach (*pro hac vice*) |
|    |  william.trach@lw.com |
| 11 | 200 Clarendon Street |
|    | Boston, Massachusetts 02116 |
| 12 | T: +1.617.948.6000 / F: +1.617.948.6001 |

*Attorneys for Defendants Mark Zuckerberg, Sheryl Sandberg, Marc Andreessen, Andrew W. Houston, Erskine B. Bowles, Jeffrey D. Zients, Susan Desmond-Hellmann, Nancy Killefer, Tracey T. Travis, Robert M. Kimmitt, Reed Hastings, Peter A. Thiel, and Nominal Defendant Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE OCEGUEDA, derivatively on behalf of FACEBOOK, INC., | CASE NO. 3:20-cv-04444-LB |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO STATEMENT OF RECENT DECISION |
| v. | |
| MARK ZUCKERBERG, SHERYL SANDBERG, MARC ANDREESSEN, ANDREW W. HOUSTON, ERSKINE B. BOWLES, JEFFREY D. ZIENTS, SUSAN DESMOND-HELLMANN, NANCY KILLEFER, TRACEY T. TRAVIS, ROBERT M. KIMMITT, REED HASTINGS, PETER A. THIEL, and DOES 1-30, | |
| Defendants, | |
| -and- | |
| FACEBOOK, INC., | |
| Nominal Defendant. | |

**[~~PROPOSED~~] ORDER**

Pending before the Court is Defendants' Administrative Motion for Leave to File Response to Statement of Recent Decision ("Administrative Motion").

Having considered Defendants' Administrative Motion, the supporting Declaration of Stephen P. Barry and all other papers submitted to the Court, IT IS HEREBY ORDERED that Defendants' Administrative Motion is **GRANTED**. Defendants shall file their Proposed Response to Statement of Recent Decision concurrently filed with its Administrative Motion.

**IT IS SO ORDERED.**

DATED: April 16, 2021

HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE