United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| NATALIE OCEGUEDA, derivatively on behalf of Facebook,<br><br>Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, et al.,<br><br>Defendants. | Case No. 20-cv-04444-LB<br><br>**ORDER DENYING MOTION TO ENLARGE TIME**<br><br>Re: ECF No. 66 |

For the reasons stated in *In re Facebook*, the court denies the motion because the plaintiff has not established that the court should lift the PSLRA stay. *In re Facebook, Inc. S'holder Derivative Litig.*, 411 F. Supp. 3d 649, 652–54 (N.D. Cal. Nov. 12, 2019). The plaintiff's cases are distinguishable. *Id.* at 655-56 (distinguishing *King v. Verifone Holdings, Inc.*, 12 A.3d 1140 (Del. 2011) and *Oswald v. Humphreys,* No. C 16-00241 CRB, 2016 WL 6582025 (N.D. Cal. Nov. 7, 2016)). The case from the Central District did not address the *Facebook* decision and has a distinguishable context.

This disposes of ECF No. 66.

**IT IS SO ORDERED.**

Dated: April 16, 2021

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 20-cv-04444-LB