UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| NATALIE OCEGUEDA, | Case No. 20-cv-04444-LB |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARK ZUCKERBERG, et al., | |
| Defendants. | |

On March 19, 2021, the court dismissed the federal claim with leave to amend and dismissed the state claims for forum non conveniens without prejudice to reassertion of the claims in the Delaware Court of Chancery. (Order – ECF No. 61 at 17.) The plaintiff did not file an amended complaint and instead asked for entry of judgment. (Notice – ECF No. 78.) Pursuant to Federal Rule of Civil Procedure 58, the court enters judgment in favor of the defendants and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 7, 2021

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 20-cv-04444-LB